PEPPERELL, Collector of Internal Revenue, v. BELLE SPRINGS CREAM-ERY CO. (Circuit Court of Appeals, Eighth Circuit. June 1, 1921.) No. 5764. In Error to the District Court of the United States for the District of Kansas. Fred Robertson and L. S. Harvey, both of Kansas City, Kan., for plaintiff in error. Thomas F. Doran, of Topeka, Kan., and G. W. Hurd, Arthur Hurd, and Bruce C. Hurd, all of Abilene, Kan., for defendant in error.

PER CURIAM. Judgment affirmed, with costs, without filing of opinion.